UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61018-Civ-COOKE/HUNT

MORGAN RYDER, individually and on behalf of
a class of others similarly situated,

    Plaintiff,

vs.

TOWN SPORTS INTERNATIONAL, LLC, and
TOWN SPORTS INTERNATIONAL HOLDINGS,
INC. d/b/a NEW YORK SPORTS CLUBS, BOSTON
SPORTS CLUBS, WASHINGTON SPORTS CLUBS, and
PHILADELPHIA SPORTS CLUBS,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *without prejudice*[1] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal Without Prejudice (ECF No. 25). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 29th day of June 2018.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of Record*

---

[1] Defendants' Opposition to Plaintiff's Notice of Dismissal (ECF No. 26) requests the Court dismiss the Complaint with prejudice but advances no compelling argument why that is appropriate here. Because Defendants have not filed an answer or a motion for summary judgment, Plaintiff can dismiss this action without prejudice as a matter of right. Fed. R. Civ. P. 41(a)(1)(B).